# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

VINCENT SCOTT FIORENZA, JR.,  )
                             )
         Plaintiff,          )
                             )  **Case No.: 2:16-cv-00658-GMN-PAL**
    vs.                      )
                             )
ATLANTIC RECOVERY SOLUTIONS, LLC, )
                             )
         Defendant.          )
                             )

### ORDER OF DISMISSAL BY COURT FOR WANT OF PROSECUTION

This action has been pending in this Court for more than two-hundred-seventy (270) days without any proceeding having been undertaken during such period.

Accordingly,

**IT IS HEREBY ORDERED** that the above entitled action is **DISMISSED without prejudice** for want of prosecution pursuant to the provisions of D. Nev. Local Rule 41-1.

**DATED** this __7__ day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court